IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHAWN MURCHISON                                                                                    PLAINTIFF

v.                                         Civil No. 4:19-cv-04112

ROBERT WILLIAMS                                                                                  DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Shawn Murchison filed the current *pro se* Complaint against Defendant Robert Williams. ECF No. 1. Plaintiff filed this lawsuit pursuant to 42 U.S.C. § 1983. *Id.* At the time Plaintiff filed this lawsuit, he was incarcerated at the Delta Regional Unit in Dermott, Arkansas. It appears Plaintiff has been released from custody, but Plaintiff has not notified the Court of his new address. This matter has been referred to the undersigned and is now ripe for consideration.

Plaintiff submitted this Complaint on September 5, 2019. ECF No. 1. The Court granted him provisional in forma pauperis standing and filed his Complaint on September 5. ECF No. 3. In the Order directing provisional filing the Court specifically warned Plaintiff that failure to notify the court of any change of address "may result in the dismissal of this case." *Id*. Thereafter, on September 24, 2019, this Court granted Plaintiff IFP status and entered an order directing the U.S. Marshals to serve Defendant Robert Williams. ECF No. 6. Based upon his Complaint, it appears Plaintiff's lawsuit is a landlord and tenant dispute, and Defendant Williams was Plaintiff's landlord. *See* ECF No. 1.

Plaintiff's last communication with the Court was on September 17, 2019, when he filed his Motion for Leave to Proceed i*n forma pauperis*. ECF No. 5. After Plaintiff filed this Motion, it appears he was released from the Delta Regional Unit in Dermott, Arkansas. Plaintiff did not notify the Court of his change of address. On November 27, 2019 and on December 13, 2019,

Plaintiff's mail was returned to the Clerk of this Court as undeliverable: "Mail Returned as Undeliverable marked Not at Delta Unit. Mail originally sent to Shawn Murchison at ADC—Delta Regional Unit." Plaintiff has not notified this Court of a change of address, and Plaintiff has had since at least November or approximately six months to do so.

Accordingly, based upon these facts and Plaintiff's failure to prosecute this action, I recommend this case be dismissed without prejudice. *See* FED. R. CIV. P. 41(b). *See also Link v. Wabash R.R. Co.,* 82 S.Ct. 1386 (1962) (recognizing that consistent with Rule 41(b) of the Federal Rules of Civil Procedure, a district court has the "inherent power" to dismiss a case *sua sponte* without affording notice or providing a hearing).

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are reminded that objections must be both timely and specific to trigger** *de novo* **review by the district court.** *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

**DATED** this **7th day of May 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE