IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHAWN MURCHISON                                                                                       PLAINTIFF

v.                                             Case No. 4:19-cv-4112

ROBERT WILLIAMS                                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 7, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Bryant recommends that Plaintiff's complaint be dismissed without prejudice for failure to failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 13) *in toto*. Accordingly, the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 28th day of May, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge